5 So.2d 845

**Tom CRUMLEY v. STATE.**

4 Div. 676.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 924

**Aubrey CUMMINGS v. STATE.**

4 Div. 649.

Court of Appeals of Alabama.
April 8, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

2 So.2d 925

**Vasteen DAVENPORT v. STATE.**

5 Div. 117.

Court of Appeals of Alabama.
April 22, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

1 So.2d 42

**Bennie DAVIS v. STATE.**

6 Div. 720.

Court of Appeals of Alabama.
Feb. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 224

**Georgia Ann DAVIS v. STATE.**

5 Div. 163.

Court of Appeals of Alabama.
April 21, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 845

**Henry DAVIS v. STATE.**

4 Div. 669.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.